FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U. S. C. Sec. 1983

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
SEP 03 2015
CHRIS R. JOHNSON, Clerk
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
~~EASTERN~~ / WESTERN DISTRICT OF ARKANSAS
_____ DIVISION

15-6095

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of **Plaintiff**: Charles Edward Black
ADC# 88859
Address: Ouachita River Unit, PO Box 1630, Malvern, Ark 72104

Name of **Plaintiff**: _____
ADC# _____
Address: _____

Name of **Plaintiff**: _____
ADC# _____
Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of **Defendant**: Rowdy Sweet
Position: Captain
Place of Employment: Pope County Detention Center
Address: #3 Emergency Lane Russellville Ar 72802

1

Name of Defendant: Shane Jones
Position: Sheriff
Place of Employment: Pope County Detention Center
Address: #3 Emergency Lane Russellville Ark 72802

Name of Defendant: Jamie Linker
Position: Lieutenant
Place of Employment: Pope County Detention Center
Address: #3 Emergency Lane Russellville Ar 72802

Name of Defendant: Nathan D Nielson
Position: Jail Physician / Physician, Nielson Family Cai
Place of Employment: Pope County Detention Center/private Offic
Address: #3 Emergency Ln Russellville Ar 72802 /Skyline Drive Russellville Ar 728

II. Are you suing the defendants in:

____ Official capacity only

____ Personal capacity only

√ Both official and personal capacity

III. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____   No ✓

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the Previous lawsuit:

Plaintiffs: N/A

Defendants: _N/A_

2. Court (If federal court, name the district; if state court, name the county):
   _N/A_

3. Docket Number: _N/A_

4. Name of Judge to whom case was assigned: _N/A_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): _N/A_

6. Approximate date of filing lawsuit: _N/A_

7. Approximate date of disposition: _N/A_

IV. Place of present confinement: _Ouachita River Correction Unit, Malvern AR_

V. At the time of the alleged incident(s), were you:
(Check appropriate blank)

   ✓ In jail and still awaiting trial on pending criminal charges

   ✓ Serving a sentence as a result of a judgment of conviction

   ___ In jail for other reasons (e.g., alleged probation violation, etc.)

   Explain: _I was already sentenced to 12 years A.D.C. and in Jail waiting to be Transported_

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997 e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

3

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes __✓__   No _____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes __✓__   No _____

If Not, why? _____

_____ N/A _____

_____

_____

VII.   Statement of Claim

State here (as briefly as possible) the Facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

To whom it may concern: My issue is at stake, I have been wronged by staff (Upper Brass), By captain Sweet, And the Facility Doctor M.P. Neilson in which I plan to file a Lawsuit for my rights that have been abused and violated by Both captain Sweet and Doctor Neilson. My Discharged on the above plainly, states that my medication Should not be changed by any one other than my cardiologist and my medication has been altered by a Jail Doctor that has never had say over my cardiologist and should not even Be →.

4

# **INMATE GRIEVANCE FORM**

This form protects detainees' rights and ensures they are treated fairly by providing a procedure by which they may file formal grievances and receive timely responses relating to any aspect of inmate and officer issues.

NAME: Charles Black   DATE: 6-15-15

HOUSING UNIT: Booking   Discharge Date 6-7-15

EXPLAIN IN DETAIL: To whom it may concern: My issue is as states, I have been wronged by jail staff (upper brass) by Capain Sweet and the Facility Doctor M.D. Neilson in which I plan to file a law suit for my Right that have been abused and violated by both Captain Sweet and Doctor Neilson. My Discharge on the above plainly states that my medication should not be changed by anyone other than my cardiologist and my medi has been altered by a jail Doctor that has no say over my cardiologist and should not even be

## DO NOT WRITE BELOW THIS LINE! OFFICE USE ONLY!!

DATE RECEIVED: _____

ACTION TAKEN: _____

REVIEWED BY: _____   DATE: _____

PCDC-069

[...] my cardiologst. My paper states: Take your medication as directed by Dr. Wang and Doctor Sastry V. Prayaga and do not change the amount or the schedule unless Cardiol-changes your order. I was without the said medication that my cardiologst percribed me from 6-4-15 to 6-10-1 And that was without any medication for 6 Days because the Facility physician has to ok them is what I was told by Facility personal, therfore I had to suffer without pain med [...] as well as all medication that (both) cardiologst had percribed afte my surgery of placing (1) stint through m right wrist and ballooned an artery that one of my stints was Blocked. I also had Dr. Wang schedule me an appointment to g a heart monitor the following monday the date being 6-8-15 he ordered on 6-7-15. My paper work from St Marys plainly states that if I star vomiting or coughing up blood to get ahold of medical help right away by an emergency team: EMS. And was seen by nobody. Eye After being given (3) Nitro Stat tabs under the tounge for chest pains that I was having and was still not seen by EMS. At Linker was called to my cell and was shown that I was indeed coughing up blood and again my discharge papers from St Marys plainly states to call for med-cal help right away. I also told jail staff that I was light Headed Feeling nausea, and was short of breath and vomiting blood Mr. Swatzel stated that my blood presure would be checked in 45 min to 1 hour. I do have witnesses that I plan to take to court and testify that everything in this grievence is the truth an that the staff was not worried about my Health Because the were going home, and passed it on to the next shift my right as a human being and in need of EMS was violated. This Facil has federal + state guide line to go by in which I know where with a doubt violated as well as my rights being violated. Officer Brac told the emergency room staff that Dr. Nielson was indeed my fam physician in which he is not. it also states that I needed t [...] a follow up appointment 1-2 Days after being discharge [...] at St Marys it also stated a follow up [...] with primary [...]

This issue has now turned criminal against officer Brock and officer Meyers for conspiring with one another to have me released before my doctors orders. The doctor told me that I would be discharged from I.C.U. 6-5-15 or 6-6-15 and these two officers told staff at St Marys I.C.U. that I told officer Brock that I was ready to be discharged from the hospital at my (being the patient) request when in fact I was taken back to the hospital by E.M.S. the same day for fainting and falling unconchious to the floor uppon getting back to jail and just having surgery the nite prior to collapsing to the floor in Pod II. The superviser Sgt Swintzel checked my vitals, left Pod II to call the jail physisian the next thing I remember is waking up back at the emergency room within a couple hours of being discharged due to officer Brock and officer Meyers having me discharged because officer Brock was tired of setting with me at the hospital and his text messages to officer Meyers will prove that the two officers conspired to have me released early add against cardiologst saying that I was to be released later that

(leaving me at the Pod I officers desk.)

In which was not met And in fact I still have not been seen by my Cardiologst or Jail physician as of this Date 6-14-15. Also I was precribed by Both cardiologst Ranolazine SR (500 mg), Dr Wang told me And I also have this in writing from St mary's that I will take Ranolazine SR (500 mg.) by mouth x 14 Days starting on 6-7-15 And then Increase Dose to (1000 mg.) until My Cardiologst Dr. Haret Dr. Wang or Dr Rasool has seen me at A Follow up Appointment that the Jail physician was supposed to make within 2 Days in which this being 6-14-15 I still have not been seen by EMS or any kind of a Doctor Since Returning to Jail I have all Paper work proving that once An Inmate Returns Back to Jail Pope County Detention Center, medical care is No Longer An Issue And the Health of Inmates at this Facility And is no longer a care of the staff or the physisian of this Facility As you can tell I still have not been seen And no Follow up Appointment has been made on 6-14-15 I was also told by Sgt. Swatzel that Ranolazine SR costed to much And the Jail Physisian is not going to order this medic Nor order the medication that Dr. Wang has Ordered for my pain After my surgery D( to the cost. Also the Reason that I was even Discharged is Because offic

Brock and officer Meyers where ta[lking] back and forth. Officer Meyers was Boo[king] Officer, and officer Meyers was the one t[hat] called to have me Released from the Hospital and can prove this with there t[ext] messages that I plan on Subpoena[ing] the text messages and phone calls whe[n] they planed and put together stories to [the] Hospital lying playing with my life.

Also my confedentuality Between polic[e] and doctor have been violated I nev[er] gave Mr. Brock permission to give Officer Meyers permission to talk about my condition at all and neve[r] signed a waver stating that they officer Brock and officer Meyers could discuss any of my medical issues so I know that Both office[rs] coinsided and took it upon themselve[s] to discuss my medical between each other By texting each other my person[al] medical information without permissio[n] Therfore my medical confidentallity was infact violated By Both officers

the Nurse also will be a witness if need be. I need a copy of Audio and video for Booking officer Meyers was on Duty

Information out I wish to press Charges on officer meyers And officer Brock for Conspiricy And for Discuss my Medical Issues Between each other meaning officer Brock And officer Meyers. Confidentaly Rules where Violated And I will take the mesures to have Both Brock And meyers playing With my medical Information my medical Issues should have been Kept between my Cardiologst And myself I did not sign Any type of waver of Confidentiality for Anyone to have Assess to my medical Records And I did not give Officer Brock permission to tell Hospital Staff that Dr. Neilson was my Doctor (He is not my Doctor) And Date _____ mr Brock spoke out of Turn saying that He Dr. Neilson was in fact my Family Physician in which He is not my Doctor   Signed Charles Brock

My Doctors Are:
Dr. Bradley   Notary witness 8-19-2015
Dr. Flaherty
Dr. Wang      Date _____
Dr. Ornayagb
Dr. Ragool
And the CAD Team

ORCU Legal Use Only

I was seen by Dr. Nelson on 6-16-15 for my medicine and to be told by Dr. Nelson that an appointment had been made for me to see Dr. Flaherty the next day 6-17-15. I went to get a heart monitor in which the officer Jason Smith took me to said appointment called my doctor to the hallway and told my doctor that he didn't have to worry about giving me any more of his time that he had other patients to see that were more important than my visit to his clinic because I was going to prison tomorrow being 6-18-15 and that he was fixing to get off in 30 minutes at 4pm and that he needed to have me back by then. The officer then came back in the office waiting cubicle where the nurse put us before the doctor (Dr. Flaherty) would see us upon our turn to see him and when Dr. Flaherty came back in to see me he never talked to me again about my health he said that the prison will give me the medication that I will be needing along with this heart monitor that I was supposed to be getting from him and his office, he thanked me and sent me back to jail. I was transported to prison the next day. The jail sent me without sending or giving me my meds for that morning and also witheld all of my medication that was supposed to go with me. Upon arrival to ADC Ouachita River Unit (Diagnostic Unit) I asked for my medication and was told the jail had not sent any medication with me and the nurse (Gwendolyne Hart) had to order my meds in an emergency state order my medication because the jail refused to give them to me prior to leaving the jail. Upon arrival to prison I had complications medically because I was refused my medication and was told by booking that I would get them when I arrived at prison in which I didn't receive any at all.

VIII. Relief

State briefly exactly what YOU want the court to do for YOU. Make no legal arguments. Cite no cases or statutes. I WANt Justice so this Does Not Happen to Any other Inmate, I would like to be Payed back All the moneys that was taken from my Account At Pope County Detention Center, for medical And for All pain, Suffering, Stress, And mental Anguish. I want this Reliefe Because they have violated my 8TH Amendment to the Constution of the US write to be free of Cruel And unuasal Punishment

I declare under penalty of perjury (18 U. S. C. § 1621) that the foregoing is true and correct.

Executed on this __17__ day of __July__, 20__15__.

_____

_Charles Blac #88859_
Signature(s) of plaintiff(s)

Charles Black #88859
ORCU Charlie B#36
P.O. Box 1630
Malvern, Ark
72104

Sherry Gilbertson
Pro Se Law Clerk
35 East Mountain St.
Ste 510
Fayetteville, Ark 72701